**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jorge Esteban ORTIZ–DE LA ROSA,
Defendant–Appellant.**

No. 14–40478
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 1, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

David Cano, Cano Law Firm, Corpus Christi, TX, for Defendant–Appellant.

Jorge Esteban Ortiz–De La Rosa, Washington, MS, pro se.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jorge Esteban Ortiz–De La Rosa has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ortiz–De La Rosa has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.